UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 22-cr-35 (TFH) |
| | : |
| **JAMES E. NORRIS** | : |

## STATEMENT OF OFFENSE

The government respectfully submits the information and proffered statement of offense below in support of Defendant James E. Norris's plea of guilty to Count 1 of the Indictment, which charges the Defendant with Unlawful Possession of a Firearm and/or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

**I.   Maximum Penalties**

A violation of 18 U.S.C. § 922(g)(1) carries a maximum sentence of 10 years of imprisonment; a fine of up to $250,000; and a term of supervised release of not more than three years.

**II.  Elements of the Offense**

The elements of a violation of 18 U.S.C. § 922(g)(1) are:

1) That the defendant, knowingly possessed a firearm and/or ammunition;

2) That the firearm and/or ammunition had been shipped and transported in interstate commerce;

3) That, at the time the defendant possessed the firearm and/or ammunition, he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year; and

4) That, at the time the defendant possessed the firearm and/or ammunition, he knew that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

### III. Brief Statement of Facts

The following proffer of evidence is intended to provide the necessary factual predicate for the guilty plea in this case, rather than a complete statement of all the facts known by the parties. The government and the defendant, James Norris, agree and stipulate as follows:

In the early evening of January 18, 2022, officers with the Metropolitan Police Department, acting on information from a confidential informant, detained Defendant Norris as he was approaching a vehicle in an apartment complex's parking lot located at 3636 16 Street, NW, Washington, D.C. Officers conducted an initial pat down of Defendant Norris's person, which revealed that he was carrying a semiautomatic firearm on the left side of his body, at his hip, just above his front left pants pocket. The firearm was positioned between the waistband of his jeans and his underwear and was wrapped in a sock. When officers lifted Mr. Norris's coat, the handle of the handle firearm and bottom portion of the magazine were visible above the belt line.

The firearm was a Smith & Wesson 9 millimeter semiautomatic pistol, model SW9VE, serial # DWN7568. There were nine (9) rounds in a fifteen (15) round capacity magazine. There was not a round in the chamber. There are no known manufacturers of firearms or ammunition in the District of Columbia. Thus, both the firearm and associated ammunition traveled in interstate commerce.

At the time of this offense, the defendant knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County Circuit Court Case No. CT160137X, in which received an initial sentence of eight (8) years' incarceration.

Sincerely,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:/s/ Will Hart
    Will Hart
    Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read the foregoing statement of offense, and I have discussed it fully with my attorney, David Bos. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 5/27/22

James E. Norris
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read every page constituting the government's statement of offense related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 5/21/22

David Bos
Counsel for Defendant James E. Norris